# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-2088

———————————————

JOSEPH MCCLASH,

  Appellant,

  v.

LONG BAR POINTE, LLLP, and
FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION,

  Appellees.

———————————————

On appeal from a Final Order of the Department of Environmental Protection.

April 5, 2019

PER CURIAM.

  We dismiss this appeal because the appellant has not shown that the challenged order adversely affected his interest so as to confer standing to appeal. *See Martin Cty. Conservation All. v. Martin Cty.*, 134 So. 3d 966, 967 (Fla. 1st DCA 2010); *see also* § 120.68(1)(a), Fla. Stat.

  DISMISSED.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Joseph McClash, pro se, Appellant.

Amy Wells Brennan and Chris Tanner of Manson Bolves Donaldson Varn, PA, Tampa, for Long Bar Pointe, LLLP; Robert A. Williams, Jeffrey Brown, and Marianna Sarkisyan of Office of General Counsel, Tallahassee, for State of Florida Department of Environmental Protection.